IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-10-D
No. 5:12-CV-374-D

| | | |
|---|---|---|
| TIMOTHY DEVINE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On November 20, 2012, the United States responded to Timothy Devine's motion to vacate his conviction and sentence [D.E. 74]. Devine was convicted of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g) and was sentenced to 262 months' imprisonment [D.E. 39]. At sentencing, the court found, inter alia, that Devine had the requisite three predicate convictions under 18 U.S.C. § 924(e) and was an armed career criminal. See id.; see also [D.E. 40]. As such, his statutory minimum sentence was 180 months' imprisonment.

In light of United States v. Simmons, 649 F.3d 237 (4th Cir. 2011) (en banc), Devine no longer has the requisite three predicate convictions under 18 U.S.C. § 924(e). Nonetheless, Devine does have two qualifying felony convictions under 18 U.S.C. § 922(g). See PSR ¶¶ 14, 16. As such, Devine's conviction remains valid, but his maximum prison sentence is 120 months. Given Devine's sentence of 262 months' imprisonment, the court grants the motion to vacate Devine's sentence [D.E. 68]. The United States shall transport Devine to this district for resentencing.

SO ORDERED. This  28  day of December 2012.

JAMES C. DEVER III
Chief United States District Judge